61 F.3d 911w
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Stuart H. HIRSH, Plaintiff-Appellant,
v.
JUSTICES OF the SUPREME COURT OF the STATE OF CALIFORNIA:
Malcolm L. Lucas; Edward Panelli; Joyce Kennard; Armand
Arabian; Marvin Baxter; Ronald M. George; and Dan
Lungren, State Attorney General & acting personally for his
private appointee's financial gain; State Bar of
California; Ellen R. Peck, Employee of the State Bar as a
claimed Judge; David C. Carr, Employee Prosecutor of State
Bar Association, Defendants-Appellees.
Ralph F. SERVER, Plaintiff-Appellant,
v.
SUPREME COURT OF the STATE OF CALIFORNIA; State Bar of
California, Defendants-Appellees.
Harold Lenard PERRY, Plaintiff-Appellant,
v.
JUSTICES OF the SUPREME COURT OF the STATE OF CALIFORNIA:
Malcolm Lucas, Chief; Edward Panelli; Stanley Mosk; Joyce
Kennard; Armand Arabian; Marvin Baxter; Ronald George;
and Dan Lungren; Lise Perlman, et al., Defendants-Appellees.
Edmundo B. ESPINOZA, Plaintiff-Appellant,
v.
Malcolm LUCAS, Honorable, Justices of the Supreme Court of
the State of California; Kathryn Mickle; Stanley Mosk;
Joyce Kennard; Armand Arabian; Marvin Baxter; Ronald
George; and Dan Lungren, State Attorney General,
Defendants-Appellees.
 Nos. 94-55240, 94-56335, 94-55250, 94-55507.
 United States Court of Appeals, Ninth Circuit.
 Argued & Submitted March 7, 1995.
Decided March 29, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION